MARCH 28, 1947

**No. 51642.**—SUIT 4549.▇▇▇▇▇▇▇▇▇▇▇▇▇▇—*Advance Solvents & Chemical Corp.* v. *United States.* C. D. 992 affirmed February 10, 1947. C. A. D. 358.

BEFORE THE SECOND DIVISION, APRIL 2, 1947

**No. 51643.**—Protests 121492–K, etc., of J. Berbecker & Sons, Inc., et al. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, APRIL 2, 1947

**No. 51644.**—Protests 125049–K, etc., of Comex Wine & Spirits Co. et al. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise and issues herein are similar in all material respects to those involved in *United States* v. *Somerset* (33 C. C. P. A. 138, C. A. D. 328), and that a quantity of liquor amounting to 10 percent or more of the total contents of the various barrels, casks, packages, etc., was lost in transit from the port of exportation to the port of destination because of breakage, leakage, or damage. In accordance therewith it was held that an allowance should have been made for the loss appearing upon the gaugers' returns as verified by the affidavits of the importers. The protests were sustained to this extent.

**No. 51645.**—Protests 987692–G, etc., of North American Mercantile Co. (San Francisco).

Opinion by CLINE, J. It was stipulated that the merchandise is similar in all material respects to that the subject of *United States* v. *Nippon Co.* (32 C. C. P. A. 164, C. A. D. 303). In accordance therewith certain items of the merchandise were held entitled to free entry under paragraph 1705 as kelp, and other items were held dutiable at 10 percent under paragraph 1540 as seaweeds, manufactured.